NO. 07-07-0080-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MAY 3, 2007

_____


MANUEL SALDANA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE


_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NO. 17488-A; HONORABLE HAL MINER, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Manuel Saldana's *Motion to Dismiss Appeal* by which he requests that his notice of appeal be withdrawn and the appeal be dismissed. Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant. No decision of this Court having been delivered to date, the motion is granted

and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.